UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY DOE NINE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11-CV-353 (CEJ) |
| ) | |
| WENTZVILLE R-IV SCHOOL DISTRICT ) | |
| and MICHAEL D. WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the motion of defendant Michael Williams for appointment of counsel.

There is no constitutional or statutory right to appointment of counsel in a civil case. Nelson v. Redfield Lithograph Printing, 728 F.2d 1003, 1004 (8th Cir. 1984). Under 28 U.S.C. § 1915(e)(1), the Court may request counsel to represent an unrepresented civil litigant only if it determines that he is unable to pay for counsel himself. Waller v. Butkovich, 584 F. Supp. 909, 947-48 (M.D.N.C. 1984) (declining to appoint counsel to *pro se* defendants in civil litigation). Defendant Williams has not established either that he is indigent or that he not entitled to a defense under a policy of insurance.

Accordingly,

**IT IS HEREBY ORDERED** that the motion of defendant Michael Williams for appointment of counsel [Doc. #16] is **denied without prejudice**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of August, 2011.